UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

The Campbell's Company and
CSC Brands LP,
        Plaintiff(s),

Case No.   2:25-cv-13213

v.

Judge     Judith E. Levy

Shelby Nicole Campbell and Campbell for Congress,
        Defendant(s).

Magistrate Judge     David R. Grand

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **The Campbell's Company**
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐      No ☒

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: _____
    Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐      No ☒

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name: _____
    Nature of Financial Interest: _____

Date: October 10, 2025

*/s/ Leah R. Imbrogno*
Signature
P79384
Bar No.
500 Woodward Avenue, Suite 2700
Street Address
Detroit, MI 48226
City, State, Zip Code
313.234.7100
Telephone Number
limbrogno@foley.com
Primary Email Address