UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

The Campbell's Company and
CSC Brands LP,
       Plaintiff(s),

Case No.   2:25-cv-13213

v.

Judge   Judith E. Levy

Shelby Nicole Campbell and Campbell for Congress,
       Defendant(s).

Magistrate Judge   David R. Grand

/

# STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __CSC Brands LP__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☒     No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: The Campbell's Company

   Relationship with Named Party: Parent Corporation

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: October 10, 2025

/s/ Leah R. Imbrogno
Signature

P79384
Bar No.

500 Woodward Avenue, Suite 2700
Street Address

Detroit, MI 48226
City, State, Zip Code

313.234.7100
Telephone Number

limbrogno@foley.com
Primary Email Address