AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Eastern District of Michigan_____ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:25-cv-13213-JEL-DR | DATE FILED<br>10/10/2025 | U.S. DISTRICT COURT<br>for the Eastern District of Michigan |
|---|---|---|
| PLAINTIFF<br>The Campbell's Company and CSC Brands LP | | DEFENDANT<br>Shelby Nicole Campbell and Campbell for Congress |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 48,664 | 1/9/1906 | CSC Brands LP (LIMITED PARTNERSHIP; DELAWARE, USA) |
| 2 | 1,544,679 | 6/20/1989 | CSC Brands LP (LIMITED PARTNERSHIP; DELAWARE, USA) |
| 3 | 2,066,673 | 6/3/1997 | CSC BRANDS LP (LIMITED PARTNERSHIP; DELAWARE, USA) |
| 4 | 7,758,888 | 4/15/2025 | CSC Brands LP (LIMITED PARTNERSHIP; Delaware, USA) |
| 5 | 7,758,889 | 4/15/2025 | CSC Brands LP (LIMITED PARTNERSHIP; Delaware, USA) |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director**  **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**  **Copy 4—Case file copy**