UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE CAMPBELL'S COMPANY and CSC BRANDS LP,<br><br>Plaintiffs,<br><br>v.<br><br>SHELBY NICOLE CAMPBELL and CAMPBELL FOR CONGRESS,<br><br>Defendants. | Case No: 2:25-cv-13213-JEL-DRG<br><br>Hon. Judith E. Levy<br><br>Mag. Judge David R. Grand |

## DECLARATION OF LILY KIM IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Lily Kim, declare:

1. I am an attorney with the law firm BraunHagey & Borden LLP and have been admitted to practice in this Court. I am counsel of record for Plaintiffs The Campbell's Company and CSC Brands LP (together, "Campbell's") in the above-captioned action. I provide this declaration in support of Campbell's motion for a preliminary injunction against Defendants Shelby Nicole Campbell and her political campaign committee, Campbell for Congress (the "Entity Defendant" and, with Ms. Campbell, collectively "Defendants"). I base this declaration on facts within my personal knowledge and if called upon to testify, I could and would

testify competently thereto.

2.  As set forth in the Declaration of Benjamin Crook, Campbell's made efforts to resolve the dispute prior to filing this action, including by writing Defendants to demand them to stop using Campbell's intellectual property and discard infringing materials. These efforts were unsuccessful.

3.  Campbell's filed this action on October 10, 2025. Thereafter, Campbell's again sought to resolve the dispute by proposing that the parties enter an agreed judgment and permanent injunction. Defendants participated at first in discussions with Campbell's about a potential resolution but soon stopped engaging. For example, on October 10, 2025, Defendants wrote that Campbell's should "keep it coming" because "[Ms. Campbell] would love the publicity. Lol[.]" Defendants' October 10, 2025 email is attached hereto as **Exhibit 1**. The parties were thus unable to reach an agreement.

4.  Attached hereto as **Exhibit 2** is a true and correct copy of October 12, 2025 article from The Detroit News titled, "M'm! M'm! Bad! Campbell's Soup sues Michigan congressional hopeful for false endorsement."

5.  My colleague and counsel of record for Plaintiffs, Andrew Levine, and I had several exchanges with Ms. Campbell requesting concurrence in the relief sought. Ms. Campbell did not concur.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: October 31, 2025        By: _____
                                     Lily (Haeun) Kim