# EXHIBIT 1

| | |
|---|---|
| From: | Shelby Campbell |
| To: | Lily Kim |
| Cc: | samuelkuznia@gmail.com; yajatver@umich.edu |
| Subject: | Re: Unauthorized Use of Campbell"s Trademark and Trade Dress |
| Date: | Friday, October 10, 2025 6:16:51 PM |
| Attachments: | 2025-10-10 - Cover Letter to Shelby Nicole Campbell.pdf |
| | 2025-10-10 - Stipulation re PO of Judgment and Dismissal.pdf |
| | 2025.10.10 Dkt 1 Complaint-Demand for Jury Trial.pdf |

**\*\*\* EXTERNAL MESSAGE \*\*\***

You can file in federal court. I have had the user name soup and the email shelbysoup since 2012. You are not going to win this one and I would love the publicity. Lol

Keep it coming lol
I have not made a profit and NO ONE is misrepresenting Campbells soup for me.
I got DOXXED so if anything you should go after whoever doxxed me because they spread my one sticker made.


Have a good weekend babe!
Shelby Campbell


> On Oct 10, 2025, at 5:51 PM, Lily Kim <Kim@braunhagey.com> wrote:
>
> Dear Ms. Campbell,
>
> Please see the attached correspondence.
>
> Best,
> Lily
>
> Lily Kim
> BRAUNHAGEY & BORDEN LLP
> Direct: (646) 568-6471
>
>
> Please make note of our new New York City office address.
>
> New York
> 200 Madison Avenue, 23rd Floor
> New York, NY 10016
> Tel. (646) 829-9403
> Fax. (646) 403-4089
>
> San Francisco
> th

747 Front Street, 4 Floor
San Francisco, CA 94111
Tel: (415) 599-0210
Fax: (415) 276-1808

This message is intended only for the confidential use of the intended recipient(s) and may contain protected information that is subject to attorney-client, work product, joint defense and/or other legal privileges. If you are not the intended recipient, please contact me immediately at the phone number listed above and permanently delete the original message and any copies thereof from your email system. Thank you.