UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE CAMPBELL'S COMPANY and CSC BRANDS LP, <br><br>    Plaintiffs, <br><br> v. <br><br> SHELBY NICOLE CAMPBELL and CAMPBELL FOR CONGRESS, <br><br>    Defendants. | Case No: 2:25-cv-13213-JEL-DRG <br><br> Hon. Judith E. Levy <br><br> Mag. Judge David R. Grand |

**INDEX OF EXHIBITS TO DECLARATION OF BENJAMIN CROOK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Exhibit 1   Campbell's Current Label Design

Exhibit 2   Campbell's Prior Label Design

Exhibit 3   Trademark Registration Certificates

Exhibit 4   Campbell's Label Design in Various Colors

Exhibit 5   Campbell's Official Social Media Pages and Website

Exhibit 6   Copy of *Morning Consult Report of Most Trusted Brands*

Exhibit 7   Court's Order of Judgment and Dismissal in *The Campbell's Co. v. Jane Foodie*, US District Court, District of New Jersey, Case No. 24-10973

Exhibit 8   Stipulation of Proposed Judgment and Dismissal in *The Campbell's Co. v. Jane Foodie*, US District Court, District of New Jersey, Case No. 24-10973

Exhibit 9   Defendants' Infringing Design

4925-2534-7959.1

| | |
|---|---|
| Exhibit 10 | Defendants' X/Twitter Banner |
| Exhibit 11 | Defendants' TikTok Post of Infringing Design |
| Exhibit 12 | Screenshot Showing TikTok Post of Infringing Design was Previously Pinned |
| Exhibit 13 | Screenshot Showing TikTok Post of Infringing Design is Currently Unpinned |
| Exhibit 14 | Defendants' Web Page Regarding Stickers with Infringing Design |
| Exhibit 15 | Defendants' Post with Campaign Sticker Alongside Campbell's Soup Can |
| Exhibit 16 | Defendants' Solicitation of Funds Invoking Campbell's Soup Can |
| Exhibit 17 | Comments re Plaintiffs' Endorsement of Campaign |
| Exhibit 18 | Email to Campbell's Inquiring About Endorsement of Defendants |
| Exhibit 19 | Campbell's September 2, 2025 Letter to Defendants |
| Exhibit 20 | Defendant's Instagram Post Displaying Campbell's Correspondence |
| Exhibit 21 | Campbell's Awareness Data |
| Exhibit 22 | Expert Market Research's webpage re "Top 10 Companies Leading the Global Soup Market" |