# EXHIBIT 7

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE CAMPBELL'S COMPANY and CSC BRANDS LP,<br><br>Plaintiff,<br><br>v.<br><br>JANE FOODIE LLC,<br><br>Defendants. | Case No: 1:24-cv-10973-ESK-EAP<br><br>**ORDER OF JUDGMENT AND DISMISSAL** |

The Court, having considered the Parties' Stipulation Regarding Proposed Order of Judgment and Dismissal (the "Stipulation of Dismissal," ECF # 7), and pursuant to the terms thereof, hereby ORDERS as follows:

Judgment is entered in favor of Plaintiffs The Campbell's Company and CSC Brands LP (together, "Campbell's") under the Federal Trademark Dilution Act, 15 U.S.C. 1124(c);

Defendant Jane Foodie LLC is immediately enjoined from ordering or producing products bearing the Existing Trade Dress (as defined in the Stipulation of Dismissal);

By January 1, 2025, Jane Foodie is ordered to cease all production of advertising and marketing materials (including print and electronic) that incorporate the Existing Trade Dress;

By February 1, 2025, Jane Foodie is ordered to remove all online images and content incorporating the Existing Trade Dress, including from its website, social media and any other online advertising;

By April 1, 2025, Jane Foodie is ordered to cease all sales of products bearing the Existing Trade Dress, providing Campbell's with confirmation once it has done so, and will destroy any remaining products bearing the Existing Trade Dress in its inventory at that time; and

This action is dismissed.

                                                              ***/s/ Edward S. Kiel***
                                                              **Edward S. Kiel, U.S.D.J.**
                                                              **Date: December 24, 2024**