# EXHIBIT 9

# Collection Report

## Source

**Page Title:** Instagram

**URL:** https://www.instagram.com/p/DN1zPeD2KEA/

## Metadata

**Collected By:** Cameron Baker (baker@braunhagey.com)
**Collection Timestamp:** Thu Oct 30 2025 18:36:34 GMT-0700 (Pacific Daylight Time)
**Collection IP Address:** 67.169.13.241
**Collection Browser Information:** Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/141.0.0.0 Safari/537.36

**Report Digital Signature (SHA256 / PKCS#1v1.5):**
7bc5502073345d6f5e5a70698123ee2253c6cb0cf0e585141282d403fc31
425f6cc9e4ac350191628f3a06a7a0136a1581cb9c3253493c9ccacd2aef
916d72ddd334c36f4b8a8865126f1be01a8308917a066a9a43ddeb559673
115d2bbeba67e023682cd20c876e8a877bb32ca205c7da1fd6782061dfe6
2529337a9baecb3f8569a8d012e1ae22611322834d3c0f11ece80c977224
d84e04739fee99656ccefa9a02ca165a70b49e282a4237e2add0b8223f0b
c563d15f335d0e26f3e590dffb496e011a0ab229d27f38de8e82e9179ffe
82ead56aa968837f5066b4365814a090ea294b0d4910b9143b8abac8983d
0aa9822cd90626eed9908d106f618571

# File Signatures

## MHTML

| File name | instagram.com-2025-10-30-18-36-34.mhtml |
|---|---|
| File Hash (SHA256) | b6f4adc9b8c9b1452520161f9c1c6f1244a3f4b60859706816774cb02d027e99 |
| File Signature (PKCS#1v1.5) | 7c8935989d30506d51ca71c478edd07b16cb309cdf4b1a6c3625ff94146e9e3a9bb0c5544166ef309ed2468f601411238d9a11b6452d8bafc43ffcc4495cf77ed22510e2e4774c7b13c818873b3991d53aa715af53ce26739219522e5cb1789dd720c68718734bf45cae103d9aa13c5e0b32c7403da86d1af09e6b070753d665676fb4af7de12e8606b5f43391ded2ec67bfb705cf716e8f6b2ae2ce23f0041cf574cd8af04d2eb89dfdbfcccdfc47d467e7b26b02321a37f81846f1000d936ba9350bfb7ad0044ca4eeec644e00272989bd8a7e15f4877c22521044228a500643fa174c755eb0dc424b1b4a341d1670b24e27b1c0cda0197e7a7764c9ac34aa |

## Video

| File name | instagram.com-2025-10-30-18-36-34_0.mp4 |
|---|---|
| File Hash (SHA256) | 423a05f58725f722cf05d145ce2bc8cf330fcdb95f1774e8aa1d29202e0a25b2 |
| File Signature (PKCS#1v1.5) | 16a634f57546df6d076508e6d9cda9b75a79a762673480d82f4d86a0470bcc3e2f33eb879df4ff085f161702f68234509d9cbdf270511fa1e0b30bd9decf92a09b38da6ac41dda96b49d05bf2af36693539f5624079a6ed34f1c2b57cebb77d67653e0d9215199fc8fada8111d3774db5ed1c07ace8a3a2bc1912e90099ebc3b5dffb9241d78e0569f3ca4624487f1107b11af2ed181bcf5f18092893fadb2baab86a2bc10cecebfb9aadb24ebc310e1a5420d107827fee7b2051dfcfd5e84d22a420a655949ab952c1c0dd5594ac4dd9e5312fabd4b3ef62116fe115e2bbfa63539b40c061663013fea818488544b24f3b301e3ef63e4a6b2f9c150c191ae36 |


