# EXHIBIT 10

## Collection Report

### Source

**Page Title:** (1) Shelby N. Campbell (@soup4change) / X
**URL:** https://x.com/soup4change

### Metadata

**Collected By:** Cameron Baker (baker@braunhagey.com)
**Collection Timestamp:** Thu Oct 30 2025 19:06:32 GMT-0700 (Pacific Daylight Time)
**Collection IP Address:** 67.169.13.241
**Collection Browser Information:** Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/141.0.0.0 Safari/537.36

**Report Digital Signature (SHA256 / PKCS#1v1.5):**
24ff61d803ca5f4227b8a1967de1215e4725bc37de1fb90ffea318a6f35a
8fe945b405f1d287bbc26368de176714816a473ef7bd1b57e9ab290b3367
f9159639836b1f42a0c9e76686f9ee3ebee26490225a50bd262ec4ae7ab
aa9c80c3bdf6efd32b7fd689e98245a5f4fe2e1ebdd8a86865b8ffa0b86b
6c60b896b0d58f7bd01cc5da35118f17508d3017d7c24d6b441217278c6f
ac0b1ce84e9ffe0135251979385852b7da58446dcaa3f94044a3a11315c5
41f847a97e5723e57c3bdde791002285511112e29f7e25b357295b79e06f
eccec9cded296d5e8fae929ccc5bb0579afbdf7f654cd9f2dc5273c1e476
928945facf138a59b1752d9ee4f4aacd

## File Signatures

### MHTML

| File name | x.com-2025-10-30-19-06-32.mhtml |
|---|---|
| File Hash (SHA256) | 46bd4d02d64cf33a12f169bceff239335925ea93d70fde249a1f707ea95386b9 |
| File Signature (PKCS#1v1.5) | 120751d8770042c5bcf3db54272465853416bb019a08222fa235e19b716ee002ba1d5a2471a668d9a2dd7c2cd098d7c89e6013a534acf4f7f226f8f9dce635c050c2f371e76deefd4e09f43b96e849ac5da582e5f4fc1eb0fc9e5f515a20ef97c6810073b1233c8152016cd968204daf07106532dc078623177008005c7516536dc7ea40610292f9a63a32e41ed475159899f45f616017cce265e22b0e736ed47dc0d0dc76180755f42cba570bb7863af0d569203418b9b50b5dd3b4af58500ab5b39fe417d26c5de316cb0e41ed3f1a0115c1ceba696adfb6a2ed819f56d23084c381ef73122defdfe554a40e91c71810e9973cd44ed874802d746a7f48d31c |

