# EXHIBIT 11

# Collection Report

## Source

**Page Title:** Shelby Campbell 🎵 (@atasteofsoup) | TikTok

**URL:** https://www.tiktok.com/@atasteofsoup/photo/7543076050251615501

## Metadata

**Collected By:** Cameron Baker (baker@braunhagey.com)
**Collection Timestamp:** Thu Oct 30 2025 19:10:55 GMT-0700 (Pacific Daylight Time)
**Collection IP Address:** 67.169.13.241
**Collection Browser Information:** Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/141.0.0.0 Safari/537.36

**Report Digital Signature (SHA256 / PKCS#1v1.5):**
```
737010ce421b32c2f98a9c0287084274113454fc95abf03ff2f24fbe70d9
c2acd689fbee7e6a2bb35080b066f1641b8528a364c37e48c36def544998
fc628680306a6eb9027326953d11952736b4ba19096d443e46b5b6cba6f0
6b122b3d046682145dddb97ede4e858f182888655b99226a28158477de90
f9cf6decce2a3b7388b80e7bb6ef7b54e59d37e75bda632476a2430c16d9
41401263da1263546b24c630a44b38e6f4a0787a176eb6e2d8aaf5b05d9e
fec13edb36c12fb378cbff4edf739c95eb9b714eeca1dae7f19f2d033b36
a65d609987c96f559c66016791d8dae5557b7c1dd448ca32d045bac9c3e6
002a3a81cf20991c577deed4de8ae7ec
```

# File Signatures

## MHTML

| File name | tiktok.com-2025-10-30-19-10-55.mhtml |
|---|---|
| File Hash (SHA256) | 4cd2895d8ecd3a6969eda6a39a5e0eaf7489ac1121974a44142b5ed542235f6a |
| File Signature (PKCS#1v1.5) | 32bef964506fd7b2d29ae58c9bbf16e7736b30e90421d0fcd9a795410ddb9eb93bfba9b31535f08db9fbe88a3f8d8ae00afd8fca5312f239930c50529dd0a7b2a244f0969104b9bfd1 6460dc6c79456c4f9125f44062edbbb22abcd47e0efc021f13abf9d1222e90819e743d28d6b7f781fc96ff628b05a2ac08cc6948ad312defec9480dc2bcdb9d4362db821a688576b50 b32ddb7d93053e9e958d76a234e2d91f95c21ce34c997202e8eb96df3527117784b6597ba1c10707a0175a5cfb2b197fcde9b6637278ae196f3d0e2c4b29fabb711bf41d53019a01ed 83f293d87f93511d321b1728a9b27677ed942fb2495faee4194d9f410953ff1b2b23d71586 |


