# EXHIBIT 12

# Shelby Campbell 😏 😈 😊

@atasteofsoup · she/her/hers

| **1,494** | **1,430** | **30.8K** |
|:---:|:---:|:---:|
| Following | Followers | Likes |

**Follow**  **Message**  ▼

These are strictly my viewpoints off the clock 👸🏽 😏 😈

PROFESSIONAL PAGE ➡️ @shelby4congress
☺ lemon8-app.com/Shelby Campbell 😏…

📺 LIVE | 🎀 Subscription

⫼ ▾    ⚡    ⇅    🔖



Pinned

▷ 49.3K



Pinned

Campbell For Co...
$25

Shelby Campbell for Co...

Sticker Request - Fr...

▷ 21.6K



Pinned

where were all the Democrats screaming for gun control when Donald Trump got shot? can you say hypocrite?

▷ 64.1K