# EXHIBIT 14

# Collection Report

## Source

**Page Title:** Sticker Request

**URL:** https://docs.google.com/forms/d/e/1FAIpQLSf9BXDwovUsEeLlvLh_GdwLywxSVwU9oxORMJZIvVv8sMusLQ/viewform

## Metadata

**Collected By:** Cameron Baker (baker@braunhagey.com)
**Collection Timestamp:** Thu Oct 30 2025 19:13:10 GMT-0700 (Pacific Daylight Time)
**Collection IP Address:** 67.169.13.241
**Collection Browser Information:** Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/141.0.0.0 Safari/537.36

**Report Digital Signature (SHA256 / PKCS#1v1.5):**
```
5bf5c1b95f35d859f55b21edc3fda366f75819d510dbd16f66c0c1a6c775
a54d31760ada4d917a4a441e9fb5e3d70e4cd858a361ad7e471b251655ad
88c88205ff8d9f915aacf76cddc1c4c42eb27e83d1780d27b312db0c8c8a
28076f05bd5668811aff6cfa8eb121da7a1860f3f5b5cca2a8278889b575
e38da920b32099a9b18c908cac66a89226574d52997378c127f2fb4f247b
e006de3ed59881d08ad123dcbcf2f614a489e5afd16eb38dd8bb06360475
140eae39beaee5b65b18e9f3d7d176bc3047a6b8132fe5b994f6569a3bb3
1b0d4d60a03ce5ec74a6e273dcb6442e14ac907fa80e8c1548e5cd680687
5e2733011e7abf3cb8dba55f59684f6a
```

# File Signatures

## MHTML

| File name | docs.google.com-2025-10-30-19-13-10.mhtml |
|---|---|
| File Hash (SHA256) | 3d0660c2c812309f1c1c711466d6aafbebce51d381349199b15b077b1cf7f0e8 |
| File Signature (PKCS#1v1.5) | 475e5939622a2187e612533d5fcf353e2e5e45beed767977b4a0fa4d014ea4539a04fb5aea76a6a8d04a1163f94c97b182caa69a75ae26e5d9609d34bb26e0a63794c307fe2c7c87e7670266f5e84b751693a447a2d8c4ae438a2ca8ba203cf76b4b02253261afcf43607126cdbaa903e84910dd97578cdc926ed3a1fc4b6fa8b37ae2dd8151f6bfc49c4bfe02984c2d1a2ae284e762eb4e38c7809bc79dc1a63c61eeb663c49ba81b05b730a64598eec858bb9736399b39f320a8b2a6d0882985680243d8d6b23ce597cbe194f76975076fcb96a1141186da737d7dcf8bdba39fb50fb1f86bc948a9f8813602e8d4c10153023edd0513bb0dab811f366a5322 |



## Sticker Request

Please give me your information so I can get you a sticker to support me!! Anything helps I need my name out there! Once you receive please post and use my hash tags!

#soup4change #vote4soup #campbell4congress #shelby4change and whatever else you come up with!

Contributions appreciated not expected!
www.actblue.com/donate/soup4change

www.soup4change.com

please share with everyone!

**one sticker per form**

Sign in to Google to save your progress. Learn more

* Indicates required question

Email *

Your email