# EXHIBIT 15

# Collection Report

## Source

**Page Title:** Shelby Campbell 🎵🎵🎵 (@atasteofsoup) | TikTok

**URL:** https://www.tiktok.com/@atasteofsoup/photo/7545858742768684343

## Metadata

**Collected By:** Cameron Baker (baker@braunhagey.com)

**Collection Timestamp:** Thu Oct 30 2025 19:15:20 GMT-0700 (Pacific Daylight Time)

**Collection IP Address:** 67.169.13.241

**Collection Browser Information:** Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/141.0.0.0 Safari/537.36

**Report Digital Signature (SHA256 / PKCS#1v1.5):**
```
522ac8dc8f5ef5a80d6b7a77f54c1840d6651649ea615154dd5bc8e14133
c61bdb45fd27b641403cda3e7ae8e0541420a2c2853bd8d6441593b5eada
c5d9223a2840b975a6601fb75e905a361fe026625d9a5c23ca1135e34dd3
14af582a5a12e51195f7ba71570c354000bc65ff612f9a518aa230f33a76
9cd9aa8bca2b14212e350c814cfa01ef57ac0eb91a8ac40e7e78837f03bd
872b958cee186aff2235d30371f6c2724717473d800ca5a1fd3c6966dbcd
6859e3df0f1fe1980c8f782e6022f475f8559ecd120e9237e3402d4ef414
89647cba859cf57cf33b95c46ff5c025caee7386cb542d6efb6666a02268
1e33a425a5a35849a4f2786d3f158de2
```

# File Signatures

## MHTML

| File name | tiktok.com-2025-10-30-19-15-20.mhtml |
|---|---|
| File Hash (SHA256) | 2eccb7bad384d880eac90721c8179e7968f6f5c9b8f734b9cef37efeb55ca955 |
| File Signature (PKCS#1v1.5) | 68ba80f0dad3b6cd5f4895bc7009609d39d9e9a73828d4a36869fce5716aa82d2785bfe3fa509d04f3a73b9449e4e227ae2bbb1021101a7aa0f44dbec59989c4ba6942935480d95530 2f9ba005cc3e818c6fe83d88522caf36ff9b933034f5145b9b69c92598c71493dc0317919a3ff585e29e392e032de57ae2b072cba9bbdc11903c4a6087386b8fe78ec2358719aaa03f 540589825654290f577266a0a323100f783e69e3a4670dc2bd8143626dca0c9ca839833778c8dc829832eb25dcee4b5ddc8e044fd936d6ee3917b61b9d96ee55449ec2267cc295384a 0ac5b3fbf6d44bdccd31231df0f24b10deb2c46084b053c119ca3a176dbced55abbd11b73f |

