# EXHIBIT 17

# Collection Report

## Source

**Page Title:** Shelby Campbell ||| (@atasteofsoup) | TikTok

**URL:** https://www.tiktok.com/@atasteofsoup/video/7547430804146670862

## Metadata

**Collected By:** Cameron Baker (baker@braunhagey.com)
**Collection Timestamp:** Thu Oct 30 2025 19:19:09 GMT-0700 (Pacific Daylight Time)
**Collection IP Address:** 67.169.13.241
**Collection Browser Information:** Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/141.0.0.0 Safari/537.36

**Report Digital Signature (SHA256 / PKCS#1v1.5):**
```
4cca2bd340f841b2c295cedafdc980d7f060777535ee8060bfa043e0f1ed
5b278da62158fe193119a88f301bd224ea0a076e04538a0b83b6ada71278
ed92b65812edb8b0b4566a4a80f5792207d75b50678dd726df58968f78b1
78c614cc8262a86bae97857170a40b49ad58cae5897234be73d7c8d22f05
bb81822450987492d7a923cb99148a72980a4ff3af09155a45eaea5523aa
40395409e854d481c2ef558c676e3bbb8fa5928f1f5409ef99e83d70ccbe
e7739c2cd6a596ed97418f4ba3987c629d7534b1643ec86484da6a984f15
ecea469564add1fcd0566546bb5f0e682d628bfc0040ce98862620d7b25e
bf7d76d54e5e793e9e57a30402fbcd7d
```

# File Signatures

## MHTML

| File name | tiktok.com-2025-10-30-19-19-09.mhtml |
|---|---|
| File Hash (SHA256) | f4df3760c4fa6668f18d03eef1bc8880fe973cf26d61c92a1554cc03a644e9f5 |
| File Signature (PKCS#1v1.5) | 284021b52ce6d7fdba46bfd35b0d09455b3d7b69fc50ae972a788619c285c9b3cc2e8cc7c0b466987ae46dfd08ea7d9b38d9e6ca5d463422eb642eb27541599f82d67ed9e5af09ddb5923cc2110958f5a4605c683ad88836a528eddecb5ba397b6b852bc1df2fb40c956a9f77a6221d8d95fa397d3a40a9466ae4735d6ca0c607c31fea099a3f046bbe744e70a86528e572eb366d7993326a19a615a13fb3a9879fd4c176546f9164f32c81661633d1689f6dff154c5b52fb216d68902072b44f0b690eb08a0988f1083ef82202d81a2fba943c27450c3d4bf50ce0bd08ba0d917fb5d5f9ab6ee89f8dd89f78f31390352c825ac0926fa7c9bc5ecf2e80f0e4a |

