# EXHIBIT 19



The Campbell's Company
1 Campbell Place
Camden, NJ 08103
856-342-3808  Phone
Stephanie_thier@campbells.com

August 29, 2025

**VIA E-MAIL ONLY (askmeanything@soup4change.com)**

Ms. Shelby Campbell
Detroit, Michigan

Re:  Unauthorized Use of Campbell's Intellectual Property Rights

Dear Ms. Campbell:

I am counsel for The Campbell's Company, which owns numerous trademarks and copyrights in its iconic soup can label design (the "Campbell's Label"). It has come to our attention that you are using the Campbell's Label design in your campaign for Congress (see attached page.) This is of concern to us both because we cannot permit unauthorized use of our valuable intellectual property, and because the public could be misled into believing that Campbell's is in some way associated with or supports your candidacy. To be clear, we have no objection to your use of your surname, Campbell, on your materials; our concern is with a use which leverages our Campbell's script logo or the Campbell's Label design.

Accordingly, we would appreciate receiving your written confirmation by September 15 that you will cease use of our intellectual property and destroy or discard of all materials made using our intellectual property.

We appreciate your cooperation in this matter and look forward to hearing from you.

Sincerely,

*Stephanie Thier*

Stephanie Thier, Director, Intellectual Property Counsel

Ms. Shelby Campbell
August 29, 2025

EXHIBIT A

