# EXHIBIT 21

| *Campbell's* Awareness | 18-26 | 27-42 | 43-58 | 59-65 |
|---|---|---|---|---|
| | **A** | **B** | **C** | **D** |
| *Base* | *87* | *286* | *160* | *67* |
| **Unaided Awareness** | 66% | 77% A | 92% AB | 94% AB |
| **Aided Awareness** | 100% C | 98% | 96% | 100% |

| CEP Last Usage | 18-26 | 27-42 | 43-58 | 59-65 |
|---|---|---|---|---|
|  | A | B | C | D |
| *Base* | *87* | *286* | *160* | *67* |
| **Easy/quick option** | 15% | 24% | 28% A | 27% |
| **Craving comfort food** | 20% | 15% | 11% | 9% |
| **For a wholesome, nutritious, or light meal** | 7% | 12% | 13% | 13% |
| **As an accompaniment to a larger meal (i.e. soup as appetizer, as a side to grilled cheese, w/ a salad, etc)** | 14% CD | 9% | 6% | 3% |
| **I was sick/under the weather** | 9% | 9% | 6% | 13% |
| **As an ingredient for a recipe** | 8% | 9% | 14% | 16% |
| **Convenient, on-the-go meal** | 2% | 8% | 4% | 3% |
| **Cold/chilly outside and I want something warm** | 15% B | 6% | 9% | 8% |
| **For a wholesome, nutritious snack** | 7% | 6% | 5% | 2% |
| **Typical lunch, no other specific reason** | 1% | 2% | 3% | 2% |
| **Typical dinner, no other specific reason** | 2% | 0% | 3% B | 5% B |