# EXHIBIT 22

Case 5:25-cv-13213-JEL-DRG   ECF No. 12-23, PageID.233   Filed 11/03/25   Page 2 of 9

Company Spotlight

# Top 10 Companies Leading The Global Soup Market | Best Brands

Home  /  Blogs  /  Top 10 Soup Companies & Brands

According to Expert Market Research, the top 10 soup companies and brands are Campbell Soup Company, The Kraft Heinz Company, Unilever PLC, General Mills Inc., Conagra Brands Inc., B&G Foods, Inc., Nestle S.A., Baxters Food Group, The Hain Celestial Group, Inc., Associated British Foods Plc, among others.

Share



Soup Market Size, Share and Growth Analysis Report - Forecast Trends and Outlook (2025-2034)

View Report    View TOC

The global soup market reached a value of about **USD 19.18 billion in 2024**. The market is estimated to grow at a CAGR of 3% in the forecast period of 2025-2034 to reach a value of around **USD 25.09 billion by 2034**. As per the analysis by Expert Market Research, the market is expected to be driven by the increasing health consciousness.

A soup is made with vegetables and meat products, making it a healthy choice for consumers. The growing health consciousness among consumers is fuelling the global soup market growth. Meanwhile, surging demand for convenience foods, induced by the rising disposable incomes and growing population, is further bolstering the demand for soups.

Over the forecast period, the instant soup demand is likely to witness a rise owing to its growing popularity among working professionals who lead a hectic lifestyle. Moreover, the emergence of e-commerce platforms is supporting the sale of soups by making packaged soup delivery more convenient and accessible.

One of the crucial soup market trends includes growing innovations in soup recipes to diversify flavours. With the traditional utilisation of soups as an appetiser in limited-service and full-service restaurants, innovative soup flavours with spicy blends with added nutritional ingredients, such as millets and mushrooms, are gaining traction.

## Latest News on Leading Soup Companies & Brands Worldwide

**In March 2025**, Campbell Soup Company's shares declined following a reported earnings miss and reduced fiscal year forecasts. The company cited potential impacts from import tariffs, which could necessitate price adjustments on certain products. Net sales were $2.69 billion, slightly below Wall Street's expectations of $2.74. To mitigate profit and margin pressures, Campbell's is implementing cost-saving initiatives.

**In February 2025**, campbell Soup Company announced its intention to rebrand as The Campbell's Company, pending shareholder approval. This move reflects the company's diversification beyond soups into various food products. The name change was approved on November 19, 2024. Additionally, President and CEO Mark Clouse retired from his position to become the team president of the NFL's Washington Commanders, with Mick Beekhuizen succeeding him on February 1, 2025.

**In January 2025**, the release of "Bridget Jones: Mad About the Boy" sparked increased interest in classic foods and drinks featured in the series. Waitrose reported a significant rise in recipe searches for leek and potato soup, orange marmalade, and turkey curry. Sales of related products, such as Duchy Organic Seville marmalade and pre-prepared leek and potato soup, also saw an uptick. This trend reflects a broader "nostalgia shopping" phenomenon, with consumers seeking foods that evoke memories and joy from the 1990s.

**In August 2023**, Campbell Soup has acquired Sovos Brands, the parent company of Rao's, in a deal valued at $2.33 billion, priced at $23 per share. The original Rao's restaurant, with a 127-year history, remains highly sought after, making reservations nearly impossible.

**Read more about this report** - REQUEST FREE SAMPLE COPY IN PDF

## Top 10 Soup Companies in the World | Best Brands & Manufacturers

### 1. Campbell Soup Company

| | |
|---|---|
| Headquarters: | New Jersey, United States |
| Establishment: | 1869 |
| Website: | https://www.campbellsoupcompany.com/ |

Campbell Soup Company is a company which makes well-crafted soups, meals, and snacks. It is one of the renowned convenient food-producing companies across the world. The major brands owned by this company include Pacific Foods, Chunky, Farmhouse, Goldfish, Prego, and Pace, among others. Campbell Soup Company also offers high-quality soups, sauces, and food recipes for the end users.

### 2. The Kraft Heinz Company

| | |
|---|---|
| Headquarters: | Illinois, United States |
| Establishment: | 2015 |
| Website: | https://www.kraftheinzcompany.com/purposevisionvalues.html |

The Kraft Heinz Company is a food and beverage company which offers its customers delicious and nutritious food products. Food and beverage products sold by The Kraft Heinz Company are extremely popular. These include sauces and condiments, cheese and dairy products, meals, refreshments drinks, coffee, and instant packaged soups. The company has a presence across various regions, including the Asia Pacific and the Middle East and Africa.

## 3. Unilever PLC

| | |
|---|---|
| Headquarters: | London, United Kingdom |
| Establishment: | 1929 |
| Website: | https://www.unilever.com/ |

Unilever PLC is one of the largest consumer goods manufacturing companies across the world. The company offers high quality products in different domains, including beauty and well-being, personal care, home care, and nutrition, among others. Major brands produced by Unilever PLC include Axe, Bango, Dove, Equilibra, Hellmann's, and Knorr, among others. Knorr is a renowned soup brand which is widely used across the world.

## 4. General Mills Inc.

| | |
|---|---|
| Headquarters: | Minnesota, United States |
| Establishment: | 1928 |
| Website: | https://www.generalmills.co.in/ |

General Mills Inc. is a company which sells branded consumer food products across the world. The company owns some of the renowned brands such as Progresso which produces soups, toppers, and soup mixes. Progresso makes soups with high-quality ingredients using sustainable processing techniques. General Mills Inc. also sells afterschool snacks, desserts, and dinner meals.

## 5. Conagra Brands Inc.

| | |
|---|---|
| Headquarters: | Illinois, United States |
| Establishment: | 1919 |
| Website: | https://www.conagrabrands.com/ |

Conagra Brands Inc. is a leading food company which makes and sells a variety of packaged foods. The portfolio of the company includes iconic brands such as Bird's Eye, Marie Callender's, Banquet, Healthy Choice, Slim Jim, and Boom Chicka PoP, among others. Conagra Brands Inc. caters to the food demands of restaurants, supermarkets, and various food service establishments.

## 6. B&G Foods, Inc.

| | |
|---|---|
| Headquarters: | New Jersey, United States |
| Establishment: | 1996 |
| Website: | https://bgfoods.com/ |

B&G Foods, Inc. is a food company which is the owner of several subsidiaries. These subsidiaries manufacture, sell, distribute, and market branded foods, both fresh and frozen. Moreover, it also produces and markets soups and stocks, syrups and spreads, and vegetables. Corporate social responsibility is a major focus arena of B&G Foods, Inc. where it passionately supports different communities.

### 7. Nestle S.A.

| | |
|---|---|
| Headquarters: | Vevey, Switzerland |
| Establishment: | 1866 |
| Website: | https://www.nestle.com/ |

Nestle S.A. is a leading consumer goods manufacturing company and has established its position as a prominent soup brand. Some of the renowned Nestle brands include Maggi, KitKat, Nescafe, Gerber, Purina, Milo, and Buitoni, among others. This company aims at enhancing the living standards of its consumers by offering high-quality food and beverage products.

### 8. Baxters Food Group

| | |
|---|---|
| Headquarters: | Scotland, United Kingdom |
| Establishment: | 1868 |
| Website: | https://baxters.com/ |

Baxters Food Group is a fourth-generation family business offering high quality food and beverages, including soup, jam, condiments, ready meals, military ration, and baby food, among others. The company strives for innovation and developing new products. The product portfolio of this company also includes pickle, beetroot, chutney, and relish and preserve. Moreover, Fray Bentos and Garner's are some of the major brands owned by Baxters Food Group.

### 9. The Hain Celestial Group, Inc.

| | |
|---|---|
| Headquarters: | New Jersey, United States |
| Establishment: | 1993 |
| Website: | https://www.hain.com/ |

The Hain Celestial Group, Inc. is a prominent health and wellness company which aims towards incorporating healthy eating habits into the lifestyles of consumers. The product portfolio of this company includes snacks, soups, baby food, and meals, among others. The Hain Celestial Group, Inc. also facilitates recyclable packaging to improve the health of the planet.

### 10. Associated British Foods Plc

| | |
|---|---|
| Headquarters: | London, United Kingdom |
| Establishment: | 1935 |
| Website: | https://www.abf.co.uk/ |

Associated British Foods Plc is a leading food processing company which offers a wide range of food and ingredients. The company focuses on providing food products which are safe, nutritious, and great value for money. Some of the major businesses of the company include AB Sugar, AB Agri, and Grocery, among others.

## Reach Out To Us

Whether you're seeking further clarification on our services, have specific questions, or need technical assistance, we're happy to help.

**Full Name** *
[Your name]

**Phone Number** *
[Your phone no.]

**Email Address** *
[Business email]

**Company Name** *
[Your company]

**Designation** *
[Your designation]

**Message**
[Type here]

[captcha: 2 1 8 5]

[Enter captcha code]

Submit

## Recent Blogs

Latest Updates on Thriving Economically in a World of Constant Innovation





Top 10 Companies Leading the Global Taxi Market 2025 | Rides & Se...

According to Expert Market Research, the top 10 taxi companies are U... Technologies Inc, ANI Techno...

### Top 10 Companies in the Global 8K Market in 2025

According to Expert Market Research, the top 8K companies are Samsung Electronics Co. Ltd, LG Electr...

Explore >

Explore >

View All >

+

## MI 360

A subscription-based dashboard by Expert Market Research, offering all-encompassing market intelligence.

- Secure a competitive edge with in-depth trade data on market demand.

- Navigate market complexities with actionable insights for business success.

Schedule a Demo >



## How to Purchase a Report



### Website

To place an order through our website, select the license type mentioned on the report details page. Click on the 'Buy Now' button and fill in your details. Select your preferred mode of payment after which you will be redirected to the selected payment gateway. Follow the steps and proceed to checkout.

[www.expertmarketresearch.com](www.expertmarketresearch.com)



### Email

Enlisting all your requirements and queries along with details that include billing and delivery address and the preferred payment mode. Our customer service representative will revert to you within 24 hours.

[sales@expertmarketresearch.com](sales@expertmarketresearch.com)

### Telephone

To place an order through telephone, call our sales team on the following numbers and our customer service representative will help you regarding the same.

[+61 291 889 415](+61 291 889 415)

We're here to help answer any questions about our products and services.



Get In Touch

Sign up for our newsletter by entering your email       Subscribe

Our Insights Store:    Industry Statistics    Procurement Insights    Consumer Insights

Our Offices

Australia
63 Fiona Drive, Tamworth, NSW
+61-448-061-727

India
C130 Sector 2 Noida, Uttar Pradesh 201301
+91-723-689-1189

Philippines
40th Floor, PBCom Tower, 6795 Ayala Avenue Cor V.A Rufino St. Makati City,1226.
+63-287-899-028, +63-967-048-3306

United Kingdom
6 Gardner Place, Becketts Close, Feltham TW14 0BX, Greater London
+44-753-713-2163

United States
30 North Gould Street, Sheridan, WY 82801
+1-415-325-5166

Vietnam
193/26/4 St.no.6, Ward Binh Hung Hoa, Binh Tan District, Ho Chi Minh City
+84-865-399-124

Quick Links

Sitemap
Disclaimer
Privacy Policy
Terms and Service
Return Policy

Who We Are

Get To Know Us
Core Competencies
Client Sectors
News and Press
Insights and Updates

What We Offer

Industry Reports
Price Forecasting Reports
Prefeasibility Reports
Consumer Reports
Procurement Intelligence Reports

Healthcare Reports
Patent Analysis Reports
Pipeline Insights Reports
Epidemiology Reports
Technology Scouting Reports
Industry Supply-Demand Stats Report

FAQs    Order a Report    Report Dispatch

© 2025 Claight Corp. All Rights Reserved