UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Campbell's Company, et al.,

                    Plaintiff(s),

v.                                      Case No. 5:25−cv−13213−JEL−DRG
                                          Hon. Judith E. Levy

Shelby Nicole Campbell, et al.,

                    Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before for the following motion(s):

    Motion for Preliminary Injunction – #10

- REPLY DUE:  November 19, 2025
- MOTION HEARING:  November 20, 2025 at 11:00 AM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:**  669 254 5252
**MEETING ID:**  161 003 5645

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                                    By: s/W. Barkholz
                                                          Case Manager

Dated:  November 6, 2025