UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Campbell's Company, et al.,

                        Plaintiff(s),

v.                                                Case No. 5:25−cv−13213−JEL−DRG
                                                  Hon. Judith E. Levy

Shelby Nicole Campbell, et al.,

                        Defendant(s),

 

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

    The following motion(s) have been filed:

        Motion to Dismiss – #22

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Judith E. Levy ***without*** oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are not required.


**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                  By: <u>s/W. Barkholz</u>
                                                          Case Manager

Dated:   November 7, 2025