UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE CAMPBELL'S COMPANY and CSC BRANDS LP,<br><br>Plaintiffs,<br><br>v.<br><br>SHELBY NICOLE CAMPBELL and CAMPBELL FOR CONGRESS,<br><br>Defendants. | Case No: 2:25-cv-13213-JEL-DRG<br><br>Hon. Judith E. Levy<br><br>Magistrate Judge David R. Grand<br><br> NOV 14 2025<br>CLERK'S OFFICE<br>U.S. DISTRICT COURT<br>EASTERN MICHIGAN |

## STIPULATED ORDER

Plaintiffs The Campbell's Company and CSC Brands LP (together, "Campbell's") and Defendants Shelby Nicole Campbell and Campbell for Congress (together, "Defendants" and collectively with Campbell's, the "Parties"), agree to entry of this Permanent Injunction ("Stipulated Order"), stipulating as follows:

1. Campbell's is the owner of various registered and common law trademark and trade dress rights in the design of its canned soup products, including those reflected in U.S. Registration Nos. 48,664; 1,544,679; 2,066,673; 7,758,888; and 7,758,889 and as used in connection with Campbell's marketing and/or sale of canned soup products (collectively, the "Campbell's Marks and Trade Dress"),

1

examples of which are depicted in Campbell's Complaint at Paragraphs 2, 34, 40 (PageID.2, 12-13, 15).

2. On October 10, 2025, Campbell's filed a complaint ("Campbell's Complaint") against Defendants concerning Defendants' use of designs and other images in connection with Defendants' congressional campaign, examples of which are depicted in Campbell's Complaint at Paragraphs 4, 6, 40, 42, 43, 45, 47, 52 (PageID.3-4, 15-18, 20) (collectively, the "Disputed Images").

3. The Parties have conferred regarding the relief requested in Campbell's Complaint and wish to enter this Stipulated Order.

The Parties having so stipulated, it is hereby ORDERED, as follows:

   a. Defendants shall be prohibited from using Disputed Images or any other design that uses Campbell's Marks and Trade Dress or any other mark or trade dress that is confusingly similar thereto;

   b. Defendants will immediately cease all production, distribution, and use, and will not produce, distribute, or use in the future, the Disputed Images or any Campbell's Marks and Trade Dress, including but not limited to, in any campaign, fundraising, promotional materials—whether in print, electronic, or digital form—or any other design that uses Campbell's Marks and Trade Dress or any other mark or trade dress that is confusingly similar thereto;

2

c. Defendants will not make or imply any statements or representations, whether online or offline, suggesting that Campbell's has sponsored, endorsed, authorized or otherwise is affiliated or associated with Defendants or their campaign;

d. By November 21, 2025, Defendants will remove all Disputed Images, including but not limited to all online images, videos, or content featuring any design that uses Campbell's Marks and Trade Dress or any other mark or trade dress that is confusingly similar thereto, including but not limited to such content on Defendants' website, X (Twitter) account, TikTok and Instagram accounts, hashtags (collectively the "Disputed Campaign Media") and any other public online platforms;

e. If Defendants choose to continue using the term "soup" on Disputed Campaign Media or any online platform or print media, they may not do so in conjunction with any references to Campbell's or in any other manner that suggests any endorsement from or affiliation or association with Campbell's; and

f. Without affecting the finality of this Stipulated Order in any way, this Court retains jurisdiction over this action and the Parties for the purpose of interpreting, implementing, and enforcing the terms and conditions of this Stipulated Order, including ordering all legal and/or equitable relief necessary to remedy any violation thereof.

THIS IS A FINAL ORDER AND CLOSES THE CASE.
IT IS SO ORDERED.

Date: __11/14/2025__

_____
United States District Court Judge

Agreed to in form and substance:

_/s/ Leah R. Imbrogno_
Leah R. Imbrogno (P79384)
FOLEY & LARDNER LLP
500 Woodward Avenue, Suite 2700
Detroit, Michigan 48226
Telephone: (313) 234-7100
LImbrogno@foley.com

Andrew Levine
Lily (Haeun) Kim
BRAUNHAGEY & BORDEN LLP
200 Madison Ave, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
levine@braunhagey.com
kim@braunhagey.com

*Counsel for Plaintiffs*

_____
Shelby Nicole Campbell

_____
Campbell for Congress

*Defendants*

4